

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00208-CR

| | | |
|---|---|---|
| RYAN MICHAEL WRIGHT, Appellant | § | On Appeal from the 16th District Court |
| | § | of Denton County (F23-2355-16) |
| V. | § | July 17, 2025 |
| | § | Memorandum Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr